940

[Nos. 19021-6-III; 10922-4-III.   Division Three.   November 19, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. VICKY LYNN
HUGHES, *Appellant.*

By an order of the Court of Appeals dated May 27, 1993,
the opinion in the above captioned case which appears at 63
Wn. App. 401-04 has been withdrawn. See 70 Wn. App. 142.